UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

    V.

HECTOR CARBALLO-ORTIZ,
    Defendant,

Court No. 97-cv-2202(DRD)

Collection of Money

**ORDER FOR INSTALLMENT PAYMENT**

The plaintiff herein has filed a motion requesting an Installment Payment Order.

For the reasons stated therein and it appearing from the records of this Court in the above mentioned case that on November 4, 1997, a Default Judgment was entered against defendant Hector Carballo-Ortiz in the instance case and as of February 9, 2003, the defendant owes plaintiff's $7,664.69 and interest; and further,

That the defendant thereto agreed on February 26, 2001, to pay plaintiff the total amount owed; and further,

It appearing that the defendant is receiving substantial non-exempt disposable earnings from his self employment as a lawyer;

NOW THEREFORE, IT IS HEREBY ORDERED that Hector Carballo-Ortiz pay to the United States, on or before May 30, 2003, the amount of $7,644.69, and an additional payment in the amount of $1,070.72 of surcharge to be paid on or before June 30, 2003.

Said payments shall be made payable to the order of the U.S. Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, Torre Chardon, Suite 1201, #350 Carlos Chardon Street, Hato Rey, Puerto Rico 00918, to be applied as a final payment upon the judgment entered in this case on November 4, 1997; and further,

Defendant is ADMONISHED that failure to comply with this Order and failure to show good cause for lack of compliance could result in contempt of the Court.

SO ORDERED.

In San Juan Puerto Rico, this 22 day of May, 2003.

DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT COURT JUDGE