UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                       CIVIL NO. 97-2202 (DRD)

HECTOR CARBALLO-ORTIZ,
    Defendant.

## ORDER

On August 27, 2003 the United States filed a Notice to the Court and Request for Order (Docket No. 9) informing the Court that Defendant has yet to pay two installments related to the Court's May 22, 2002 Installment Payment Order issued by the undersigned.

On or before May 30, 2003 Defendant was to pay $7,644.69. On or before June 30, 2003 Defendant was to pay $1,070.02. The Court has no record that either payments were made. Defendant is hereby ORDERED TO SHOW CAUSE within the next fifteen (15) days why the payments were not made and why Defendant contravened the Court's clearly communicated order. Defendant should further SHOW CAUSE why Defendant should not be held in contempt of Court for his failure to comply with the Court's Installment Order of May 22, 2003. Failure to respond this Court's order to show cause may result in a finding of contempt of court, potentially subject to both criminal and civil sanctions.

This order shall be notified by mail to Defendant. The United State may choose to also personally serve this order upon Defendant via the U.S. Marshal. To the extent explained above, Plaintiff's Notice to the Court and Request for Order (Docket No. 9) is **GRANTED**.

IT IS SO ORDERED.

DATE: ~~October~~ Nov 0 __, 2003.

                                                          DANIEL R. DOMINGUEZ
                                                          U.S. District Judge

s/c: Defendant to be notified at B-18 Jazmin Street, Green Hills, Guayama, Puerto Rico 00784.