## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
    Plaintiff,

**v.**                                                                                    **CIVIL NO. 97-2202 (DRD)**

**HECTOR CARBALLO-ORTIZ,**
    Defendant.

| **ORDER** |
|---|
| On August 27, 2003 the United States filed a Notice to the Court and Request for Order (Docket No. 9) informing the Court that Defendant has yet to pay two installments related to the Court's May 22, 2002 Installment Payment Order issued by the undersigned.<br><br>On November 5, 2003, the Court Ordered the Defendant to **SHOW CAUSE within fifteen (15) days** as to why the payments previously ordered were not made and why had the Defendant disobeyed the Court's order. (Docket No. 10).  Further, the Defendant was Ordered to Show Cause as to why he should not be held in contempt for his failure to comply with the Court's Instalment Order issued on May 22, 2003.  Finally, the Defendant was advised that a failure to respond to the order could result in a finding of contempt of court and potentially subject to both criminal and civil sanctions.<br><br>The November 5, 2003 Order was personally served upon the Defendant on December 22, 2003, via the U.S. Marshal. (Docket No. 11).  Finally, on January 28, 2004, the Plaintiff filed a Notice requesting the Court to find in contempt the Plaintiff for his failure to comply with the May 22, 2002 and the November 5, 2003 Court's Orders.  (Docket No. 12).<br><br>The Court hereby **SCHEDULES** a **Default Hearing** for the **27th day of September 2004 at 3:00p.m.**  The Defendant is **ORDERED** to **APPEAR** before the Court on such day.  **The Defendant is forewarned that failure to appear for the Default Hearing shall result in contempt of Court and a warrant for his arrest shall be issued immediately.  The United States is ORDERED to personally serve this Order upon the Defendant via the U.S. Marshal Office.** |

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 2nd day of September 2004.

                                            **S/DANIEL R. DOMINGUEZ**
                                             **DANIEL R. DOMINGUEZ**
                                             **U.S. DISTRICT JUDGE**.