UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

BEFORE HON. DANIEL R. DOMÍNGUEZ                    Date: **September 27, 2004**

COURTROOM DEPUTY: Omar FLAQUER                    Civil No. 97-2202

COURT REPORTER: Arthur PINEDA

COURT INTERPRETER: Not used

========================================================================

<u>Attorneys:</u>

UNITED STATES OF AMERICA                    AUSA Rebecca VARGAS

v.

HECTOR CARBALLO ORTIZ                       PRO SE

========================================================================

    CASE CALLED FOR A HEARING ON DEFAULT.  Parties advised the Court as to the status of the case.  The Court advised the defendant that he could not be placed under custody for his debts, but could be placed under custody for failure to comply with the Court's orders.  Both parties presented their arguments.

    The government shall provide the OBD-500 Form to the defendant today, which shall be answered and delivered to the U.S. Attorney's Office within ten (10) days.  The deposition shall be taken on November 8, 2004 at 9:00 a.m. at the U.S. Attorney's Office.  The defendant Hector Carballo Ortiz is strongly advised to comply with this order, if not will be subject to be found in contempt of court and potentially be arrested.  Notice requesting the Court to find in contempt the defendant for his failure to comply with the May 22, 2002, and November 5, 2003 Court's orders (Docket No. 12) is hereby moot.

    S/ ***Omar Flaquer Mendoza***
    Omar Flaquer Mendoza
    Courtroom Deputy Clerk